IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No.  05-cr-00294-F

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.   AMADO MEDINA,
2.   LUCY MEDINA,
3.   MARIA MEDINA,
4.   ARMANDO MEDINA-GOMEZ, a/k/a "Junior,"
5.   ARMANDO VALDOVINOS, a/k/a Armando Baldobinos,
6.   FRANCISCO VELEZ, a/k/a Francisco Veles, a/k/a "Chico,"
7.   MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly,"
8.   LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9.   EDILBERTO MEDINA-CASTENADA, a/k/a "Beto," a/k/a "Betito,"
10. ANGEL VELEZ-MEDINA,
11. MIGUEL IZAGUIRRE,
**12. PATRICK MADRID**,
13. MARTIN VALDOVINES-VAZQUEZ,
14. INGRID CALAR,
15. SAUL GARCIA-ANTILLON,
16. CARLOS SIMENTAL,
17. ROBERT OLIVAS,
18. ANTHONY PINO,
19. ROSARIO VARGAS,
20. SANTIAGO MEDINA,
21. ELMA GARCIA,
22. EDGAR GARCIA-ANTILLON,
23. MARTIN PELAYO,
24. ISIDRO PELAYO-CASTELLON,
25. ALONSO MEDINA,
26. EUGENIO SANTANA,
27. HECTOR HERNANDEZ-HINOJOS,
28. JOSE ALBERTO MALDONADO-GARCIA,

     Defendants.

_____

**ORDER**

_____

Defendant Patrick Madrid's Motion for Order Securing Defendant's Presence at Hearing Scheduled on December 15, 2006 is DENIED.  The motion sets forth no reasons at all for Mr. Madrid's live attendance, as this Court's Order of December 1, 2006 required, and the Court NOTES that Defendant Madrid has no motion set for consideration at the December 15 hearing.

DATED:  December 11, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge